

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

*RTS - Discharged*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78704 $ 000.41⁶
02 1W
0001401623 JUL. 02. 2015.

RE: WR-81,830-01



U TF